IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| ANTONINA WALDEN, individually and as Personal Representative of the ESTATE OF SCOTT WALDEN, | ) ) ) ) | |
| Plaintiff, | ) ) ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** |
| vs. | ) ) | |
| HASHI SHIRE, AJ LOGISTICS LLC., and FEDEX GROUND PACKAGE SYSTEM, INC., | ) ) ) ) | |
| Defendants. | ) ) | Case No. 1:22-cv-086 |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on March 3, 2023, at 9:00 AM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

Dated this 7th day of September, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court