## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT NORTH DAKOTA

| | |
|---|---|
| ANTONINA WALDEN, individually and as Personal Representative of the ESTATE OF SCOTT WALDEN,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>HASHI SHIRE, A.J. LOGISTICS LLC, and FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>　　　　　Defendants. | **ORDER**<br><br>Case No. 1:22-cv-086 |

The court held a status conference with the parties on October 10, 2023. As discussed with the parties, the court shall, on its own motion, continue the final pretrial conference and jury trial in this case.

Accordingly, the final pretrial conference set for November 21, 2023, shall be rescheduled for December 28, 2023, at 9:00 AM by telephone before the magistrate judge. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581. The jury trial set for December 4, 2023, shall be rescheduled for January 8, 2024, at 9:00 AM in Bismarck before Judge Hovland. A five (5) day trial is anticipated.

**IT IS SO ORDERED**.

Dated this 10th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court